

# MICHAEL MOORE
### DISTRICT JUDGE

**TERESIA GREENHAW**
COURT COORDINATOR

teresia.greenhaw@co.palo-pinto.tx.us

TWENTY-NINTH JUDICIAL DISTRICT COURT
PALO PINTO COUNTY, TEXAS

P.O. Box 187 • Palo Pinto, Texas 76484-0187
Phone: (940) 659-1274 • Fax: (844) 637-2456

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/27/17 2:20:54 PM
SHERRY WILLIAMSON
ELIZABETH BOURQUIN
Clerk
COURT REPORTER

July 27, 2017

Mr. Richard Ritchie        **(via email kathy@theritchielawfirm.com)**
Attorney at Law
P.O. Box 98
Mineral Wells, Texas 76068

> **Re:    Cause No.  15898 and 16280**
> **State of Texas vs. John Michael Ray Marsh**

Dear Mr. Ritchie:

You have been appointed to represent the defendant, **John Michael Ray Marsh,** for the appeal in each of the above referenced cases. Attorney Chad Cannon was defendant's attorney through trial who has withdrawn from the case.

Attorney Chad Cannon filed a Notice of Appeal on July 14, 2017. I have attached a copy of the Judgment entered in each case. Mr. Marsh is presently incarcerated at the TDCJ Middleton Unit in Abilene, Texas.

Please return the Attorney Acceptance of Appointment at your earliest convenience. Thank you.

Very truly yours,

Michael Moore

MM/tg
Enclosures

cc: Janie Glover, District Clerk
    Kriste Burnett, District Attorney

FILED

JUL 2 7 2017
JANIE GLOVER
DIST. CLERK, PALO PINTO, TEXAS
AT            1:50    PM/AM